## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

MAY 0 2 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

   vs.

ISARAEL ROSAS-DUARTE (1),

           Defendant.

CASE NO. 15CR1980-BEN

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

TITLE 8 U.S.C. §1326(a)and(b).

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 18, 2016

Hon. Roger T. Benitez
U.S. District Judge